# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**CARROLL ROGERS,**
Appellant,

v.

**CRAIG MARTIN KOVALESKI,**
Appellee.

Nos. 4D18-2819 & 4D19-0024

[August 1, 2019]

Consolidated appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Robert L. Pegg, Judge; L.T. Case No. 2013DR001019.

Kevin M. Rollin of Napier & Rollin, PLLC, Vero Beach, for appellant.

Craig Martin Kovaleski, Vero Beach, pro se.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN, and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***